IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MIDFIRST BANK,

Plaintiff,

v.

KEVIN DOWNARD, AMANDA DOWNARD, ROGER DOWNARD, UNITED STATES OF AMERICA, UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,

Defendants.                               No. 11-cv-1089-DRH-DGW

## ORDER

**HERNDON, Chief Judge:**

Pending now before the Court is plaintiff, Midfirst Bank's motion to voluntarily dismiss this action (Doc. 30) seeking dismissal of the action without prejudice. This Court acknowledges plaintiff's notice and dismisses the complaint without prejudice and without costs taxed to either party.

**IT IS SO ORDERED.**

Signed this 20th day of May, 2013.

Digitally signed by
David R. Herndon
Date: 2013.05.20
17:24:12 -05'00'

Chief Judge
United States District Court